IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| IN RE: | CASE NO. 18-68449-lrc |
|---|---|
| ELLIS WILTON GARNER, | CHAPTER: 13 |
| Debtor. | JUDGE: HONORABLE LISA RITCHEY CRAIG |

OBJECTION TO CONFIRMATION OF PLAN

COMES NOW Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 7669 Waterlace Drive, Fairburn, GA 30213, and for the reasons stated below, objects to confirmation of the Plan, as follows:

1. Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $60,572.22, more particularly described in the proof of claim once filed. The plan calls for an estimated pre-petition arrearage amount of $60,000.00 with monthly disbursements on this claim in the amount of $600.00 increasing to $1,100.00 to start June, 2019. Debtor has underestimated the amount of the arrearage due to the Creditor, and for this reason, Creditor objects.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Brian K. Jordan
_____
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 PiedmontRoad, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: bjordan@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 18-68449-LRC |
| ELLIS WILTON GARNER, | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the November 20, 2018, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on the November 20, 2018, in the manner indicated:

**The following parties have been served via e-mail**:

Howard P. Slomka
se@myatllaw.com

Melissa J. Davey
mail@13trusteeatlanta.com

**The following parties have been served via U.S. First Class Mail**:

Ellis Wilton Garner
7669 Waterlace Drive
Fairburn, GA 30213

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 20, 2018        Signature: /s/Melissa Gonzalez
                                                  Printed Name: MELISSA GONZALEZ
                                                  Address:   Aldridge Pite, LLP
                                                                         Fifteen Piedmont Center  3575
                                                                         Piedmont Road, N.E., Suite 500
                                                                         Atlanta, GA 30305
                                                  Phone:     (858) 750-7600
                                                  Fax:        (619) 590-1385