IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-68449-LRC |
| | ) | |
| ELLIS WILTON GARNER | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF MANNER OF SERVICE PURSUANT TO BANKRUPTCY RULE 7004**

This is to certify that on September 11, 2019, I served a copy of the Amended Chapter 13 Plan filed in the above-styled case on June 3, 2019 (Doc. No. 32) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Attn: Brian K. Jordan

Ocwen Loan Services
PO Box 6440
Carol Stream IL 60197

Ocwen Loan Servicing, LLC
c/o Corporation Service Company
40 Technology Parkway, South Suite 300
Norcross, GA 30092[1]

Ocwen Loan Servicing, LLC
c/o Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808[2]

Mortgage Electronic Registration Systems, Inc.
PO Box 2026
Flint, MI 48501-2026[3]

---

[1] Per Georgia Secretary of State website
[2] Per Delaware Secretary of State website
[3] Per Security Deed, recorded October 9, 2006 with Clerk of Superior Court, Fulton County, Georgia, Deed Book 43625, Page 611

Fremont Investment & Loan
2727 E. Imperial Highway
Brea, CA 92821[4]

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I
Inc. Trust 2007-HE3 Mortgage Pass-Through Certificates, Series 2007-HE3
c/o Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409[5]

OCWEN LOAN SERVICING, LLC
1661 Worthington Road
Ste 100
West Palm Beach, FL, 33409[6]

Deutsche Bank National Trust Company
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605[7]


DATED: September 11, 2019

_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

---

[4] Per Security Deed, recorded October 9, 2006 with Clerk of Superior Court, Fulton County, Georgia, Deed Book 43625, Page 611
[5] Per Assignment of Deed to Secure Debt Georgia, recorded April 24, 2012 with Clerk of Superior Court, Fulton County, Georgia, Deed Book 51131, Page 329
[6] Principal office address per Georgia Secretary of State
[7] Per Proof of Claim filed December 19, 2018