**IT IS ORDERED as set forth below:**

**Date: November 12, 2019**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-68449-LRC |
| | ) | |
| ELLIS WILTON GARNER | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL ORDER**

Debtors' case was dismissed on September 18, 2019 for delinquent payments and other outstanding Objections. On September 25, 2019 Debtor filed a Motion to Reconsider Order of Dismissal, (Doc. No. 40) (the "Motion") seeking to reopen this case, have the automatic stay reinstated to full force and effect and to have the Confirmation hearing renoticed. Hearing on the Motion was held on November 5 2019. As no objection to the Motion was raised or timely filed the Motion is deemed unopposed. It is

**ORDERED** that the Debtor's Motion is *granted* and the case is hereby reopened and the automatic stay is reinstated to full force and effect as to all creditors. It is further

**ORDERED** that Debtor's Counsel shall renotice the Confirmation hearing within 10 days of the entry of this Order

The Clerk is directed to serve a copy of this Order upon Debtor, Counsel for Debtor, the Chapter 13 Trustee and all other parties in interest.

**[END OF DOCUMENT]**

Prepared by:
\_\_\_\_\_/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood
Suite 2100
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001


No Opposition:

/s/\_ Signed with express permission\_\_\_\_\_
Mandy K. Campbell
Georgia Bar No. 142676
Staff Attorney for
Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street NW, Suite 200
Atlanta, GA 30303
mcampbell@13trutseeatlanta.com
(678) 510-1444

Melissa J. Davey, Standing Ch. 13 Trustee
260 Peachtree Street, NW
Suite 200,
Atlanta, GA 30303

Ellis Wilton Garner
7669 Waterlace Drive
Fairburn, GAa 30213

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

```
Label Matrix for local noticing          Ascension Capital Group, Inc            William Alexander Bozarth
113E-1                                   Attn: Captial One Auto Finance          Office of Melissa J. Davey
Case 18-68449-lrc                        PO Box 201347                           Standing Chapter 13 Trustee
Northern District of Georgia             Arlington, TX 76006-1347                Suite 200
Atlanta                                                                          260 Peachtree Street, NW
Mon Nov 11 17:59:12 EST 2019                                                     Atlanta, GA 30303-1236

Calvary Portfolio Services               Capital One Bank (USA), N.A.            Cavalry SPV I, LLC
500  Summit Lake Dr                      by American InfoSource as agent         500 Summit Lake Drive, Ste 400
Ste 400                                  PO Box 71083                            Valhalla, NY 10595-2321
Valhalla, NY 10595-2322                  Charlotte, NC  28272-1083


Chrysler Capital                         Chrysler Capital                        (p)CARTER YOUNG INC
P.O. Box 961275                          Post Office Box 660335                  882 N MAIN STREET
Fort Worth, TX 76161-0275                Dallas, TX 75266-0335                   SUITE 120
                                                                                 CONYERS GA 30012-4442


Credit Control Service                   Credit One Bank Na                      Melissa J. Davey
2 Wells Ave                              Po Box 98873                            Melissa J. Davey, Standing Ch 13 Trustee
Newton, MA 02459-3225                    Las Vegas, NV 89193-8873                Suite 200
                                                                                 260 Peachtree Street, NW
                                                                                 Atlanta, GA 30303-1236

Department of the Treasury               Deutsche Bank National Trust Company    Enhanced Recovery Corp
Internal Revenue Service                 c/o Ocwen Loan Servicing, LLC           Attention: Client Services
P.O. Box 7346                            Attn: Bankruptcy Department             8014 Bayberry Rd
Philadelphia PA 19101-7346               PO Box 24605                            Jacksonville, FL 32256-7412
                                         West Palm Beach, FL 33416-4605

First Premier Bank                       Ellis Wilton Garner                     Genesis Financial Solutions
3820 N Louise Ave                        7669 Waterlace Drive                    Attn: Bankruptcy
Sioux Falls, SD 57107-0145               Fairburn, GA 30213-7910                 Po Box 4865
                                                                                 Beaverton, OR 97076-4865


(p)GEORGIA DEPARTMENT OF REVENUE         Hillcrest Davidson & A                  Laura C Horlock
COMPLIANCE DIVISION                      715 N Glenville Dr Ste 4                Pankey & Horlock LLC
ARCS BANKRUPTCY                          Richardson, TX 75081-2879               Suite 200
1800 CENTURY BLVD NE SUITE 9100                                                  1441 Dunwoody Village Parkway
ATLANTA GA 30345-3202                                                            Atlanta, GA 30338-4122

IC System                                Internal Revenue Service                Brian K. Jordan
Attn: Bankruptcy                         PO Box 7346                             Aldridge Pite, LLP
444 Highway 96 East; Po Box 64378        Philadelphia, PA 19101-7346             Suite 500 - Fifteen Piedmont Center
St. Paul, MN 55164-0378                                                          3575 Piedmont Road, NE
                                                                                 Atlanta, GA 30305-1636

LVNV Funding, LLC its successors and assigns   Mabt/contfin                      Midland Credit Mgmt In
assignee of FNBM, LLC                          121 Continental Dr Ste 1          8875 Aero Dr
Resurgent Capital Services                     Newark, DE 19713-4326             San Diego, CA 92123-2255
PO Box 10587
Greenville, SC 29603-0587


Monterey County Bank                     NCEP, LLC                               NCEP, LLC
601 Munras Ave                           4515 N Santa Fe Ave. Dept. APS          PO Box 165028
Monterey, CA 93940-3107                  Oklahoma City, OK 73118-7901            Irving, TX 75016-5028
```

| | | |
|---|---|---|
| NCEP, LLC by AIS Portfolio Services, LP as a<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ocwen Loan Services<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Richard B. Maner<br>Bldg D, Suite 100<br>5775 Glenridge Drive<br>Atlanta, GA 30328-5390 | (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 | Santander Consumer USA Inc., an Illinois<br>corporation d/b/a Chrysler Capital.<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Scana Energy Marketing<br>3344 Peachtree Rd Ne Ste<br>Atlanta, GA 30326-4808 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Suite 2100<br>3350 Riverwood Parkway<br>Atlanta, GA 30339-3363 | Stellar Recovery Inc<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 |
| TD Auto Finance<br>PO Box 551080<br>Jacksonville, FL 32255-1080 | The Lakes at Cedar Grove<br>c/o Pankey & Horlock LLC<br>1441 Dunwoody Village Parkway<br>Suite 200<br>Atlanta, GA 30338-4122 | The Lakes at Ceder Grove Neighborhood Associ<br>c/o Pankey & Horlock, LLC<br>1441 Dunwoody Village Parkway<br>Suite 200<br>Atlanta, GA 30338-4122 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Collectron Of Atlanta/Carter-Young<br>Attention: Bankruptcy<br>Po Box 82269<br>Conyers, GA 30013 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 |
| SCANA Energy<br>220 Operation Way<br>Mail Code C222<br>Cayce, SC 29033 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Deutsche Bank National Trust Company     (u)Ocwen Loan Servicing, LLC        End of Label Matrix
                                                                                Mailable recipients    45
                                                                                Bypassed recipients     2
                                                                                Total                  47
```