**IT IS ORDERED as set forth below:**



Date: January 27, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| In re: | | CASE NUMBER |
|---|---|---|
| **PAMALA DENISE HELLER,** | | **18-60154-PMB** |
| Debtor. | | CHAPTER 13 |

**ORDER DENYING
DEBTOR'S MOTION TO RETAIN TAX REFUNDS,
OR IN THE ALTERNATIVE TO RATIFY DEBTOR'S RETENTION**

Debtor filed a *Motion to Retain Tax Refunds, or in the Alternative to Ratify Debtor's Retention* on September 27, 2021 (Docket No. 53)(the "Motion"). The matter was set for a hearing on October 28, 2021.

At the call of the calendar, there was no opposition to the Motion. As of the date of this order, no proposed Order has been submitted to the Court and no further documents have been filed in relation to the Motion. Accordingly, it is

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for want of prosecution.

The Clerk's office is directed to serve this order on the Debtor, Debtor's Counsel, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**