UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-68449-LRC |
| | ) | |
| ELLIS WILTON GARNER, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE LISA RITCHEY CRAIG |
| -------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ELLIS WILTON GARNER, | ) | |
| Respondent. | ) | |
| -------------------------------- | ) | |

**CHAPTER 13 TRUSTEE'S MOTION TO MODIFY PLAN,
OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE**

Comes now Melissa J. Davey, Standing Chapter 13 Trustee, and files this *Chapter 13 Trustee's Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case*, and respectfully shows the Court the following:

1.

Debtor filed this case under Chapter 13 on November 02, 2018, and the Plan was confirmed on February 19, 2020. This Plan currently provides for payments in the amount of $2,555.00 per month, an applicable commitment period of sixty (60) months and a plan pool of $11,000.00 to be paid to unsecured creditors.

2.

The confirmed Plan also provides that tax refunds which Debtor is entitled to receive during the applicable commitment period shall be remitted to Trustee for disbursement to creditors under this Plan.

3.

During this case, Trustee did not receive any federal income tax refunds for the years 2021 and 2022.

4.

If Debtor received federal tax refunds and did not remit them to the Trustee, then Debtor may be in material default of the terms of the confirmed Plan, and may have caused unreasonable delay that is prejudicial to creditors.

5.

Under 11 U.S.C. Sections 1329(a)(1), 1329(a)(2), 1329(b)(1) and 1325(a)(3), the Plan should be modified and the base of the Plan should be increased in the amount of all refunds Debtor *should* have contributed to this case. Debtor must provide tax returns for all years referenced above to determine the proper amount of this adjustment.

6.

In the alternative, if Debtor fails to provide the tax returns and/or to remit the required tax refunds to the Trustee, then this case should be dismissed. 11 U.S.C. Section 1307(c).

Wherefore, based on the foregoing, Trustee respectfully requests that the Court grant this Motion and modify the Plan to increase the Plan base, or that the Court dismiss the case, and for such other relief as the Court deems just and proper.

Dated: May 19, 2023.

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:         678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-68449-LRC |
| | ) | |
| ELLIS WILTON GARNER, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE LISA RITCHEY CRAIG |
| ----------------------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ELLIS WILTON GARNER, | ) | |
| Respondent. | ) | |
| | ) | |
| ----------------------------------------------- | ) | |

**NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE,
MOTION TO DISMISS CASE**

**PLEASE TAKE NOTICE** that Melissa J. Davey, Standing Chapter 13 Trustee, has filed this *Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case* (the "Motion") and related papers with the Court seeking an order modifying the plan or dismissing the case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Trustee's *Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case at* **9:15 am on July 11, 2023,** in **Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want to Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive S.W., Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 19, 2023.

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:          678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-68449-LRC |
| | ) | |
| ELLIS WILTON GARNER, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE LISA RITCHEY CRAIG |
| ---------------------------------- | ) | |
| | ) | |
| MELISSA J. DAVEY, | ) | |
| STANDING CHAPTER 13 TRUSTEE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ELLIS WILTON GARNER, | ) | |
| Respondent. | ) | |
| ---------------------------------- | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the May 19, 2023, I electronically filed the foregoing Chapter 13 Trustee's *Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case* and *Notice of Hearing* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DEBTOR(S):

Ellis Wilton Garner
7669 Waterlace Drive
Fairburn, GA  30213

Dated: May 19, 2023.

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:         678-510-1450
mail@13trusteeatlanta.com