UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                          CASE NO. 18-68449-LRC
                                                                                        CHAPTER 13
ELLIS WILTON GARNER
                                                                                        JUDGE LISA RITCHEY CRAIG

DEBTOR                                                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Melissa J. Davey, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8 | 6985 | $72,789.09 | $72,789.09 | $72,789.09 |
| Total Amount Paid by Trustee | | | | $72,789.09 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank. P. 3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

This the 4th day of December, 2023.

/s/ Mandy K. Campbell
_____
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA  30303
Telephone:  678-510-1444
Fax:            678-510-1450

CASE NO. 18-68449-LRC

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2023, I electronically filed the foregoing Chapter 13 Trustee's Notice of Final Cure Payment with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

| | |
|---|---|
| ELLIS WILTON GARNER<br>7669 WATERLACE DRIVE<br>FAIRBURN, GA  30213 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>C/O PHH MORTGAGE CORPORATION<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 24605<br>WEST PALM BEACH, FL  33416 |

OCWEN LOAN SERVICING, LLC
C/O ALDRIDGE PITE LLP
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD NE #500
ATLANTA, GA  30305

This the 4th day of December, 2023.

/s/ Mandy K. Campbell

Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA  30303
Telephone:  678-510-1444
Fax:             678-510-1450